

# EARNINGS STATEMENT

**TriNet USA, Inc.**
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Employee Name | Payment Date | Payroll | Employee Address |
|---|---|---|---|
| Brian Umholtz | 5-Sep-2025 | Biweekly | 575 Yates Ford Rd |
| **Person Number** | **Pay Period Start Date** | **Pay Period End Date** | Etters, PA 17319 |
| 00001368245 | 31-Aug-2025 | 13-Sep-2025 | US |
| **Hire Date** | **Base Hourly/Salary** | **Job Title** | |
| 7-Jan-2013 | 35.88 | Lead Workstation Specialist | |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | $2,323.00 | $58,233.67 |
| Non-cash Compensation | $0.00 | $610.40 |
| Pretax Deductions | $0.00 | $4,804.00 |
| Employee Tax Deductions | $775.34 | $9,776.63 |
| Voluntary Deductions | $1.00 | $6,070.43 |
| Net Payment | $1,546.66 | $36,972.21 |

| Description | Current | Year to Date | Description | Current | Year to Date |
|---|---|---|---|---|---|
| **Earnings** | | | **Hours** | | |
| Appreciation Hub Gross Up | $0.00 | $611.91 | Holiday Hours Worked | 0.00 | 56.00 |
| Discretionary Bonus 1H | $2,323.00 | $2,323.00 | On Call Differential Hourly Hours Worked | 0.00 | 35.00 |
| Discretionary Bonus 2H | $0.00 | $1,797.00 | | | |
| Holiday | $0.00 | $1,963.87 | On Call Differential Hourly Hours Worked Retro | 0.00 | 8.00 |
| II Life and AD and D | $0.00 | $506.88 | | | |
| II Long Term Disability | $0.00 | $103.52 | Overtime Premium Hours Worked | 0.00 | 13.47 |
| On Call Differential Hourly | $0.00 | $875.00 | | | |
| On Call Differential Hourly Retro Active | $0.00 | $200.00 | Paid Time Off Payment Hours | 0.00 | 132.00 |
| Overtime Premium | $0.00 | $245.10 | Regular Hours Time Card Hours Worked | 0.00 | 1,210.21 |
| Overtime Premium Retro Active | $0.00 | $2.63 | | | |
| Regular Hours Time Card | $0.00 | $42,719.18 | Sick Time Off Payment Hours | 0.00 | 48.00 |
| Straight Overtime | $0.00 | $478.63 | Straight Overtime Hours Worked | 0.00 | 13.47 |
| **Totals** | **$2,323.00** | **$51,826.72** | **Totals** | **0.00** | **1,516.15** |
| **Absences** | | | **Pretax Deductions** | | |
| Paid Time Off Payment | $0.00 | $4,684.87 | Dental EE - RSP | $0.00 | $120.00 |
| Sick Time Off Payment | $0.00 | $1,722.08 | Medical EE - RSP | $0.00 | $4,672.00 |
| **Totals** | **$0.00** | **$6,406.95** | Vision EE - GCP | $0.00 | $12.00 |
| | | | **Totals** | **$0.00** | **$4,804.00** |
| **Tax Deductions** | | | **Other Deductions** | | |
| FIT Withheld | $511.06 | $5,602.69 | EE Stock PP B | $0.00 | $3,083.39 |
| Social Security Employee Withheld | $144.03 | $3,312.64 | EE Stock PP C | $0.00 | $2,536.55 |
| Medicare Employee Withheld | $33.68 | $774.73 | Gross Up Adjustment | $0.00 | $430.49 |
| SIT Withheld (PA) | $71.32 | $71.32 | Savings 401k Roth | $1.00 | $20.00 |
| SUI Employee Withheld (PA) | $1.63 | $1.63 | **Totals** | **$1.00** | **$6,070.43** |
| City Withheld (PA,York,Fairview Township) | $11.62 | $11.62 | | | |
| Head Tax Withheld (PA,York,Fairview Township) | $2.00 | $2.00 | | | |
| **Totals** | **$775.34** | **$9,776.63** | | | |
| **Employer Liabilities** | | | | | |
| Dental Contrib - RSP | $0.00 | $432.96 | | | |
| Life and ADD Contrib | $0.00 | $70.08 | | | |
| Long-Term Disability Contrib | $0.00 | $103.52 | | | |
| Medical Contrib - RSP | $0.00 | $15,770.88 | | | |
| Savings 401k Roth Employer Match | $1.00 | $20.00 | | | |
| Short-Term Disability Contrib | $0.00 | $215.20 | | | |
| Vision Contrib - GCP | $0.00 | $42.56 | | | |
| **Totals** | **$1.00** | **$16,655.20** | | | |

### Accrual Hours

| Description | Start Balance This Period | Earned This Period | Taken This Period | Earned YTD | Taken YTD | End Balance |
|---|---|---|---|---|---|---|
| Civic Duty Time Off | 24 | 0 | 0 | 24 | 0 | 24 |



EARNINGS STATEMENT

TriNet USA, Inc.
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| | | | | | | |
|---|---|---|---|---|---|---|
| Personal Floating Holiday | | 8 | 0 | 0 | 8 | 0 | 8 |
| Paid Time Off | | 164.66 | 0 | 0 | 296.66 | 132 | 164.66 |
| Sick/Family Care | | 0 | 0 | 0 | 48 | 48 | 0 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 2736277910 | XCEED FINANCIAL CREDIT UNION | XCEED FINANCIAL CREDIT UNION-322275490 | XXXXXXXX8241 | USD | $1,546.66 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | $500.00 | $0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| PA | | | $0.00 |



# EARNINGS STATEMENT

**TriNet USA, Inc.**
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Employee Name | Payment Date | Payroll | Employee Address |
|---|---|---|---|
| Brian Umholtz | 4-Sep-2025 | Biweekly | 575 Yates Ford Rd |
| **Person Number** | **Pay Period Start Date** | **Pay Period End Date** | Etters, PA 17319 |
| 00001368245 | 17-Aug-2025 | 30-Aug-2025 | US |
| **Hire Date** | **Base Hourly/Salary** | **Job Title** | |
| 7-Jan-2013 | 35.88 | Lead Workstation Specialist | |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | $3,079.91 | $55,910.67 |
| Non-cash Compensation | $0.00 | $610.40 |
| Pretax Deductions | $0.00 | $4,804.00 |
| Employee Tax Deductions | $571.42 | $9,001.29 |
| Voluntary Deductions | $316.72 | $6,069.43 |
| Net Payment | $2,191.77 | $35,425.55 |

| Description | Current | Year to Date | Description | Current | Year to Date |
|---|---|---|---|---|---|
| **Earnings** | | | **Hours** | | |
| Appreciation Hub Gross Up | $0.00 | $611.91 | Holiday Hours Worked | 0.00 | 56.00 |
| Discretionary Bonus 2H | $0.00 | $1,797.00 | On Call Differential Hourly Hours Worked | 1.00 | 35.00 |
| Holiday | $0.00 | $1,963.87 | | | |
| II Life and AD and D | $0.00 | $506.88 | On Call Differential Hourly Hours Worked Retro | 6.00 | 8.00 |
| II Long Term Disability | $0.00 | $103.52 | | | |
| On Call Differential Hourly | $25.00 | $875.00 | Overtime Premium Hours Worked | 0.60 | 13.47 |
| On Call Differential Hourly Retro Active | $150.00 | $200.00 | Paid Time Off Payment Hours | 0.00 | 132.00 |
| Overtime Premium | $10.75 | $245.10 | Regular Hours Time Card Hours Worked | 80.00 | 1,210.21 |
| Overtime Premium Retro Active | $2.63 | $2.63 | | | |
| Regular Hours Time Card | $2,870.15 | $42,719.18 | Sick Time Off Payment Hours | 0.00 | 48.00 |
| Straight Overtime | $21.38 | $478.63 | Straight Overtime Hours Worked | 0.60 | 13.47 |
| **Totals** | $3,079.91 | $49,503.72 | **Totals** | 88.20 | 1,516.15 |
| **Absences** | | | **Pretax Deductions** | | |
| Paid Time Off Payment | $0.00 | $4,684.87 | Dental EE - RSP | $0.00 | $120.00 |
| Sick Time Off Payment | $0.00 | $1,722.08 | Medical EE - RSP | $0.00 | $4,672.00 |
| **Totals** | $0.00 | $6,406.95 | Vision EE - GCP | $0.00 | $12.00 |
| **Tax Deductions** | | | **Totals** | $0.00 | $4,804.00 |
| FIT Withheld | $335.81 | $5,091.63 | **Other Deductions** | | |
| Social Security Employee Withheld | $190.95 | $3,168.61 | EE Stock PP B | $0.00 | $3,083.39 |
| Medicare Employee Withheld | $44.66 | $741.05 | EE Stock PP C | $315.72 | $2,536.55 |
| **Totals** | $571.42 | $9,001.29 | Gross Up Adjustment | $0.00 | $430.49 |
| **Employer Liabilities** | | | Savings 401k Roth | $1.00 | $19.00 |
| Dental Contrib - RSP | $0.00 | $432.96 | **Totals** | $316.72 | $6,069.43 |
| Life and ADD Contrib | $0.00 | $70.08 | | | |
| Long-Term Disability Contrib | $0.00 | $103.52 | | | |
| Medical Contrib - RSP | $0.00 | $15,770.88 | | | |
| Savings 401k Roth Employer Match | $1.00 | $19.00 | | | |
| Short-Term Disability Contrib | $0.00 | $215.20 | | | |
| Vision Contrib - GCP | $0.00 | $42.56 | | | |
| **Totals** | $1.00 | $16,654.20 | | | |

## Hours and Earnings Summary

| Description | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|
| On Call Differential Hourly Earnings Results | 1 | Hours | 25.00 | 1 | $25.000 |
| Overtime Premium Earnings Results | 0.416 | Hours | 35.88 | 0.5 | $7.470 |
| Overtime Premium Earnings Results | 0.18 | Hours | 36.50 | 0.5 | $3.280 |
| Regular Hours Time Card Earnings Results | 80 | Hours | 35.88 | 1 | $2,870.150 |
| Straight Overtime Earnings Results | 0.596 | Hours | 35.88 | 1 | $21.380 |
| On Call Differential Hourly Earnings Retro Results | 6 | Hours | 25.00 | 1 | $150.000 |
| Overtime Premium Earnings Retro Results | -1.454 | Hours | 35.88 | 0.5 | -$26.080 |

Page: 1 of 2

Case 1:25-bk-03327-HWV    Doc 19    Filed 12/04/25    Entered 12/04/25 17:12:54    Desc
Main Document      Page 3 of 12



**EARNINGS STATEMENT**

TriNet USA, Inc.
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| | | | | | | |
|---|---|---|---|---|---|---|
| Overtime Premium Earnings Retro Results | | 1.454 | Hours | 39.50 | 0.5 | $28.710 |
| Regular Hours Time Card Earnings Retro Results | | 0 | Hours | 35.88 | 1 | $0.000 |
| Straight Overtime Earnings Retro Results | | 0 | Hours | 35.88 | 1 | $0.000 |

| Accrual Hours | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Start Balance This Period** | **Earned This Period** | **Taken This Period** | **Earned YTD** | **Taken YTD** | **End Balance** |
| Civic Duty Time Off | 24 | 0 | 0 | 24 | 0 | 24 |
| Personal Floating Holiday | 8 | 0 | 0 | 8 | 0 | 8 |
| Paid Time Off | 156.29 | 8.37 | 0 | 296.66 | 132 | 164.66 |
| Sick/Family Care | 0 | 0 | 0 | 48 | 48 | 0 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 2733050190 | XCEED FINANCIAL CREDIT UNION | XCEED FINANCIAL CREDIT UNION-322275490 | XXXXXXXX8241 | USD | $2,191.77 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | $500.00 | $0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |

Page: 2 of 2

Page: 2 of 2



# EARNINGS STATEMENT

TriNet USA, Inc.
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Employee Name | Payment Date | Payroll | Employee Address |
|---|---|---|---|
| Brian Umholtz | 18-Sep-2025 | Biweekly | 575 Yates Ford Rd |
| **Person Number** | **Pay Period Start Date** | **Pay Period End Date** | Etters, PA 17319 |
| 00001368245 | 31-Aug-2025 | 13-Sep-2025 | US |
| **Hire Date** | **Base Hourly/Salary** | **Job Title** | |
| 7-Jan-2013 | 35.88 | Lead Workstation Specialist | |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | $3,368.65 | $61,602.32 |
| Non-cash Compensation | $38.15 | $648.55 |
| Pretax Deductions | $300.25 | $5,104.25 |
| Employee Tax Deductions | $680.75 | $10,457.38 |
| Voluntary Deductions | $350.86 | $6,421.29 |
| Net Payment | $1,998.64 | $38,970.85 |

| Description | Current | Year to Date | Description | Current | Year to Date |
|---|---|---|---|---|---|
| **Earnings** | | | **Hours** | | |
| Appreciation Hub Gross Up | $0.00 | $611.91 | Holiday Hours Worked | 0.00 | 56.00 |
| Discretionary Bonus 1H | $0.00 | $2,323.00 | Holiday Hours Worked Retro | 8.00 | 8.00 |
| Discretionary Bonus 2H | $0.00 | $1,797.00 | On Call Differential Hourly Hours Worked | 0.00 | 35.00 |
| Holiday | $0.00 | $1,963.87 | | | |
| Holiday Retro Active | $287.01 | $287.01 | On Call Differential Hourly Hours Worked Retro | 6.00 | 14.00 |
| II Life and AD and D | $31.68 | $538.56 | | | |
| II Long Term Disability | $6.47 | $109.99 | Overtime Premium Hours Worked | 0.00 | 13.47 |
| On Call Differential Hourly | $0.00 | $875.00 | | | |
| On Call Differential Hourly Retro Active | $150.00 | $350.00 | Paid Time Off Payment Hours | 8.00 | 140.00 |
| Overtime Premium | $0.00 | $245.10 | Paid Time Off Payment Retro Hours | 8.00 | 8.00 |
| Overtime Premium Retro Active | $0.00 | $2.63 | | | |
| Regular Hours Time Card | $0.00 | $42,719.18 | Regular Hours Time Card Hours Worked | 0.00 | 1,210.21 |
| Regular Hours Time Card Retro Active | $2,319.47 | $2,319.47 | Regular Hours Time Card Hours Worked Retro | 64.65 | 64.65 |
| Straight Overtime | $0.00 | $478.63 | | | |
| **Totals** | **$2,794.63** | **$54,621.35** | Sick Time Off Payment Hours | 0.00 | 48.00 |
| **Absences** | | | Straight Overtime Hours Worked | 0.00 | 13.47 |
| Paid Time Off Payment | $287.01 | $4,971.88 | **Totals** | **94.65** | **1,610.80** |
| Sick Time Off Payment | $0.00 | $1,722.08 | **Pretax Deductions** | | |
| TNAM Paid Time Off USA Entitlement Retroactive | $287.01 | $287.01 | Dental EE - RSP | $7.50 | $127.50 |
| | | | Medical EE - RSP | $292.00 | $4,964.00 |
| **Totals** | **$574.02** | **$6,980.97** | Vision EE - GCP | $0.75 | $12.75 |
| **Tax Deductions** | | | **Totals** | **$300.25** | **$5,104.25** |
| FIT Withheld | $333.28 | $5,935.97 | **Other Deductions** | | |
| Social Security Employee Withheld | $190.24 | $3,502.88 | EE Stock PP B | $0.00 | $3,083.39 |
| Medicare Employee Withheld | $44.49 | $819.22 | EE Stock PP C | $349.86 | $2,886.41 |
| SIT Withheld (PA) | $93.23 | $164.55 | Gross Up Adjustment | $0.00 | $430.49 |
| SUI Employee Withheld (PA) | $2.33 | $3.96 | Savings 401k Roth | $1.00 | $21.00 |
| City Withheld (PA,York,Fairview Township) | $15.18 | $26.80 | **Totals** | **$350.86** | **$6,421.29** |
| Head Tax Withheld (PA,York,Fairview Township) | $2.00 | $4.00 | | | |
| **Totals** | **$680.75** | **$10,457.38** | | | |
| **Employer Liabilities** | | | | | |
| Dental Contrib - RSP | $27.06 | $460.02 | | | |
| Life and ADD Contrib | $4.38 | $74.46 | | | |
| Long-Term Disability Contrib | $6.47 | $109.99 | | | |
| Medical Contrib - RSP | $985.68 | $16,756.56 | | | |
| Savings 401k Roth Employer Match | $1.00 | $21.00 | | | |
| Short-Term Disability Contrib | $13.45 | $228.65 | | | |
| Vision Contrib - GCP | $2.66 | $45.22 | | | |



# EARNINGS STATEMENT

TriNet USA, Inc.
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Totals | | | $1,040.70 | $17,695.90 | | |
|---|---|---|---|---|---|---|
| **Hours and Earnings Summary** | | | | | | |
| Description | | Quantity | Type | Rate | Multiple | Amount |
| Paid Time Off Earnings Results | | 8 | Hours | 35.88 | 1 | $287.010 |
| Holiday Earnings Retro Results | | 8 | Hours | 35.88 | 1 | $287.010 |
| On Call Differential Hourly Earnings Retro Results | | 6 | Hours | 25.00 | 1 | $150.000 |
| Regular Hours Time Card Earnings Retro Results | | 64.651 | Hours | 35.88 | 1 | $2,319.470 |
| TNAM Paid Time Off USA Entitlement Earnings Retro Results | | 8 | Hours | 35.88 | 1 | $287.010 |
| **Accrual Hours** | | | | | | |
| Description | Start Balance This Period | Earned This Period | Taken This Period | Earned YTD | Taken YTD | End Balance |
| Civic Duty Time Off | 24 | 0 | 0 | 24 | 0 | 24 |
| Personal Floating Holiday | 8 | 0 | 0 | 8 | 0 | 8 |
| Paid Time Off | 164.66 | 8.38 | 8 | 305.03 | 140 | 165.03 |
| Sick/Family Care | 0 | 0 | 0 | 48 | 48 | 0 |
| **Net Pay Distribution** | | | | | | |
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | | Payment Amount |
| 2778411998 | XCEED FINANCIAL CREDIT UNION | XCEED FINANCIAL CREDIT UNION-322275490 | XXXXXXXX8241 | USD | | $1,998.64 |
| **Tax Withholding Information** | | | | | | |
| Type | Marital Status | | Total Dependent Amount | | | Extra Withholding |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | | $500.00 | | | $0.00 |
| **Tax Withholding Information** | | | | | | |
| Type | Marital Status | | Exemptions | | | Additional Amount |
| PA | | | | | | $0.00 |



# EARNINGS STATEMENT

**TriNet USA, Inc.**
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Employee Name | Payment Date | Payroll | Employee Address |
|---|---|---|---|
| Brian Umholtz | 2-Oct-2025 | Biweekly | 575 Yates Ford Rd |
| **Person Number** | **Pay Period Start Date** | **Pay Period End Date** | Etters, PA 17319 |
| 00001368245 | 14-Sep-2025 | 27-Sep-2025 | US |
| **Hire Date** | **Base Hourly/Salary** | **Job Title** | |
| 7-Jan-2013 | 35.88 | Lead Workstation Specialist | |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | $2,953.82 | $64,556.14 |
| Non-cash Compensation | $38.15 | $686.70 |
| Pretax Deductions | $300.25 | $5,404.50 |
| Employee Tax Deductions | $542.67 | $11,000.05 |
| Voluntary Deductions | $317.32 | $6,738.61 |
| Net Payment | $1,755.43 | $40,726.28 |

| Description | Current | Year to Date | Description | Current | Year to Date |
|---|---|---|---|---|---|
| **Earnings** | | | **Hours** | | |
| Appreciation Hub Gross Up | $0.00 | $611.91 | Holiday Hours Worked | 0.00 | 56.00 |
| Discretionary Bonus 1H | $0.00 | $2,323.00 | Holiday Hours Worked Retro | 0.00 | 8.00 |
| Discretionary Bonus 2H | $0.00 | $1,797.00 | On Call Differential Hourly Hours Worked | 1.00 | 36.00 |
| Holiday | $0.00 | $1,963.87 | | | |
| Holiday Retro Active | $0.00 | $287.01 | On Call Differential Hourly Hours Worked Retro | 0.00 | 14.00 |
| II Life and AD and D | $31.68 | $570.24 | | | |
| II Long Term Disability | $6.47 | $116.46 | Overtime Premium Hours Worked | 0.28 | 13.75 |
| On Call Differential Hourly | $25.00 | $900.00 | | | |
| On Call Differential Hourly Retro Active | $0.00 | $350.00 | Paid Time Off Payment Hours | 12.00 | 152.00 |
| Overtime Premium | $5.07 | $250.17 | Paid Time Off Payment Retro Hours | 0.00 | 8.00 |
| Overtime Premium Retro Active | $0.00 | $2.63 | | | |
| Regular Hours Time Card | $2,445.11 | $45,164.29 | Regular Hours Time Card Hours Worked | 68.15 | 1,278.37 |
| Regular Hours Time Card Retro Active | $0.00 | $2,319.47 | Regular Hours Time Card Hours Worked Retro | 0.00 | 64.65 |
| Straight Overtime | $9.97 | $488.60 | | | |
| **Totals** | $2,523.30 | $57,144.65 | Sick Time Off Payment Hours | 0.00 | 48.00 |
| **Absences** | | | Straight Overtime Hours Worked | 0.28 | 13.75 |
| Paid Time Off Payment | $430.52 | $5,402.40 | **Totals** | 81.71 | 1,692.52 |
| Sick Time Off Payment | $0.00 | $1,722.08 | **Pretax Deductions** | | |
| TNAM Paid Time Off USA Entitlement Retroactive | $0.00 | $287.01 | Dental EE - RSP | $7.50 | $135.00 |
| | | | Medical EE - RSP | $292.00 | $5,256.00 |
| **Totals** | $430.52 | $7,411.49 | Vision EE - GCP | $0.75 | $13.50 |
| **Tax Deductions** | | | **Totals** | $300.25 | $5,404.50 |
| FIT Withheld | $242.02 | $6,177.99 | **Other Deductions** | | |
| Social Security Employee Withheld | $164.52 | $3,667.40 | EE Stock PP B | $0.00 | $3,083.39 |
| Medicare Employee Withheld | $38.48 | $857.70 | EE Stock PP C | $316.32 | $3,202.73 |
| SIT Withheld (PA) | $80.49 | $245.04 | Gross Up Adjustment | $0.00 | $430.49 |
| SUI Employee Withheld (PA) | $2.05 | $6.01 | Savings 401k Roth | $1.00 | $22.00 |
| City Withheld (PA,York,Fairview Township) | $13.11 | $39.91 | **Totals** | $317.32 | $6,738.61 |
| Head Tax Withheld (PA,York,Fairview Township) | $2.00 | $6.00 | | | |
| **Totals** | $542.67 | $11,000.05 | | | |
| **Employer Liabilities** | | | | | |
| Dental Contrib - RSP | $27.06 | $487.08 | | | |
| Life and ADD Contrib | $4.38 | $78.84 | | | |
| Long-Term Disability Contrib | $6.47 | $116.46 | | | |
| Medical Contrib - RSP | $985.68 | $17,742.24 | | | |
| Savings 401k Roth Employer Match | $1.00 | $22.00 | | | |
| Short-Term Disability Contrib | $13.45 | $242.10 | | | |
| Vision Contrib - GCP | $2.66 | $47.88 | | | |

Page: 1 of 2



EARNINGS STATEMENT

TriNet USA, Inc.
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Totals | | | $1,040.70 | $18,736.60 | | |
|---|---|---|---|---|---|---|
| **Hours and Earnings Summary** | | | | | | |
| Description | | Quantity | Type | Rate | Multiple | Amount |
| On Call Differential Hourly Earnings Results | | 1 | Hours | 25.00 | 1 | $25.000 |
| Overtime Premium Earnings Results | | 0.278 | Hours | 36.50 | 0.5 | $5.070 |
| Regular Hours Time Card Earnings Results | | 68.153 | Hours | 35.88 | 1 | $2,445.110 |
| Straight Overtime Earnings Results | | 0.278 | Hours | 35.88 | 1 | $9.970 |
| Paid Time Off Earnings Results | | 12 | Hours | 35.88 | 1 | $430.520 |
| **Accrual Hours** | | | | | | |
| Description | Start Balance This Period | Earned This Period | Taken This Period | Earned YTD | Taken YTD | End Balance |
| Civic Duty Time Off | 24 | 0 | 0 | 24 | 0 | 24 |
| Personal Floating Holiday | 8 | 0 | 0 | 8 | 0 | 8 |
| Paid Time Off | 165.03 | 8.35 | 12 | 313.38 | 152 | 161.38 |
| Sick/Family Care | 0 | 0 | 0 | 48 | 48 | 0 |
| **Net Pay Distribution** | | | | | | |
| Check/Deposit Number | Bank Name | Branch Name | | Account Number | Currency | Payment Amount |
| 2824668297 | XCEED FINANCIAL CREDIT UNION | XCEED FINANCIAL CREDIT UNION-322275490 | | XXXXXXXX8241 | USD | $1,755.43 |
| **Tax Withholding Information** | | | | | | |
| Type | Marital Status | | | Total Dependent Amount | | Extra Withholding |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | | | $500.00 | | $0.00 |
| **Tax Withholding Information** | | | | | | |
| Type | Marital Status | | | Exemptions | | Additional Amount |
| PA | | | | | | $0.00 |

Page: 2 of 2

Case 1:25-bk-03327-HWV    Doc 19    Filed 12/04/25    Entered 12/04/25 17:12:54    Desc
Main Document    Page 8 of 12



# EARNINGS STATEMENT

**TriNet USA, Inc.**
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Employee Name | Payment Date | Payroll | Employee Address |
|---|---|---|---|
| Brian Umholtz | 16-Oct-2025 | Biweekly | 575 Yates Ford Rd |
| **Person Number** | **Pay Period Start Date** | **Pay Period End Date** | Etters, PA 17319 |
| 00001368245 | 28-Sep-2025 | 11-Oct-2025 | US |
| **Hire Date** | **Base Hourly/Salary** | **Job Title** | |
| 7-Jan-2013 | 35.88 | Lead Workstation Specialist | |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | $2,926.27 | $67,482.41 |
| Non-cash Compensation | $38.15 | $724.85 |
| Pretax Deductions | $300.25 | $5,704.75 |
| Employee Tax Deductions | $533.49 | $11,533.54 |
| Voluntary Deductions | $316.72 | $7,055.33 |
| Net Payment | $1,737.66 | $42,463.94 |

| Description | Current | Year to Date | Description | Current | Year to Date |
|---|---|---|---|---|---|
| **Earnings** | | | **Hours** | | |
| Appreciation Hub Gross Up | $0.00 | $611.91 | Holiday Hours Worked | 0.00 | 56.00 |
| Discretionary Bonus 1H | $0.00 | $2,323.00 | Holiday Hours Worked Retro | 0.00 | 8.00 |
| Discretionary Bonus 2H | $0.00 | $1,797.00 | On Call Differential Hourly Hours Worked | 0.00 | 36.00 |
| Holiday | $0.00 | $1,963.87 | | | |
| Holiday Retro Active | $0.00 | $287.01 | On Call Differential Hourly Hours Worked Retro | 0.00 | 14.00 |
| II Life and AD and D | $31.68 | $601.92 | | | |
| II Long Term Disability | $6.47 | $122.93 | Overtime Premium Hours Worked | 0.33 | 14.09 |
| On Call Differential Hourly | $0.00 | $900.00 | | | |
| On Call Differential Hourly Retro Active | $0.00 | $350.00 | Paid Time Off Payment Hours | 0.00 | 152.00 |
| Overtime Premium | $5.99 | $256.16 | Paid Time Off Payment Retro Hours | 0.00 | 8.00 |
| Overtime Premium Retro Active | $0.00 | $2.63 | | | |
| Regular Hours Time Card | $2,870.15 | $48,034.44 | Regular Hours Time Card Hours Worked | 80.00 | 1,358.37 |
| Regular Hours Time Card Retro Active | $0.00 | $2,319.47 | Regular Hours Time Card Hours Worked Retro | 0.00 | 64.65 |
| Straight Overtime | $11.98 | $500.58 | | | |
| **Totals** | $2,926.27 | $60,070.92 | Sick Time Off Payment Hours | 0.00 | 48.00 |
| **Absences** | | | Straight Overtime Hours Worked | 0.33 | 14.09 |
| Paid Time Off Payment | $0.00 | $5,402.40 | **Totals** | 80.66 | 1,773.20 |
| Sick Time Off Payment | $0.00 | $1,722.08 | **Pretax Deductions** | | |
| TNAM Paid Time Off USA Entitlement Retroactive | $0.00 | $287.01 | Dental EE - RSP | $7.50 | $142.50 |
| | | | Medical EE - RSP | $292.00 | $5,548.00 |
| **Totals** | $0.00 | $7,411.49 | Vision EE - GCP | $0.75 | $14.25 |
| **Tax Deductions** | | | **Totals** | $300.25 | $5,704.75 |
| FIT Withheld | $235.96 | $6,413.95 | **Other Deductions** | | |
| Social Security Employee Withheld | $162.81 | $3,830.21 | EE Stock PP B | $0.00 | $3,083.39 |
| Medicare Employee Withheld | $38.08 | $895.78 | EE Stock PP C | $315.72 | $3,518.45 |
| SIT Withheld (PA) | $79.65 | $324.69 | Gross Up Adjustment | $0.00 | $430.49 |
| SUI Employee Withheld (PA) | $2.02 | $8.03 | Savings 401k Roth | $1.00 | $23.00 |
| City Withheld (PA,York,Fairview Township) | $12.97 | $52.88 | **Totals** | $316.72 | $7,055.33 |
| Head Tax Withheld (PA,York,Fairview Township) | $2.00 | $8.00 | | | |
| **Totals** | $533.49 | $11,533.54 | | | |
| **Employer Liabilities** | | | | | |
| Dental Contrib - RSP | $27.06 | $514.14 | | | |
| Life and ADD Contrib | $4.38 | $83.22 | | | |
| Long-Term Disability Contrib | $6.47 | $122.93 | | | |
| Medical Contrib - RSP | $985.68 | $18,727.92 | | | |
| Savings 401k Roth Employer Match | $1.00 | $23.00 | | | |
| Short-Term Disability Contrib | $13.45 | $255.55 | | | |
| Vision Contrib - GCP | $2.66 | $50.54 | | | |

Page: 1 of 2



EARNINGS STATEMENT

**TriNet USA, Inc.**
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Totals | | $1,040.70 | $19,777.30 | | | |
|---|---|---|---|---|---|---|
| **Hours and Earnings Summary** | | | | | | |
| Description | | Quantity | Type | Rate | Multiple | Amount |
| Overtime Premium Earnings Results | | 0.11 | Hours | 35.88 | 0.5 | $1.970 |
| Overtime Premium Earnings Results | | 0.224 | Hours | 35.88 | 0.5 | $4.020 |
| Regular Hours Time Card Earnings Results | | 80 | Hours | 35.88 | 1 | $2,870.150 |
| Straight Overtime Earnings Results | | 0.334 | Hours | 35.88 | 1 | $11.980 |
| **Accrual Hours** | | | | | | |
| Description | Start Balance This Period | Earned This Period | Taken This Period | Earned YTD | Taken YTD | End Balance |
| Civic Duty Time Off | 24 | 0 | 0 | 24 | 0 | 24 |
| Personal Floating Holiday | 8 | 0 | 0 | 8 | 0 | 8 |
| Paid Time Off | 161.38 | 8.34 | 0 | 321.73 | 152 | 169.73 |
| Sick/Family Care | 0 | 0 | 0 | 48 | 48 | 0 |
| **Net Pay Distribution** | | | | | | |
| Check/Deposit Number | Bank Name | Branch Name | Account Number | | Currency | Payment Amount |
| 2870659193 | XCEED FINANCIAL CREDIT UNION | XCEED FINANCIAL CREDIT UNION-322275490 | XXXXXXXX8241 | | USD | $1,737.66 |
| **Tax Withholding Information** | | | | | | |
| Type | Marital Status | | | Total Dependent Amount | | Extra Withholding |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | | | $500.00 | | $0.00 |
| **Tax Withholding Information** | | | | | | |
| Type | Marital Status | | | Exemptions | | Additional Amount |
| PA | | | | | | $0.00 |

Page: 2 of 2



# EARNINGS STATEMENT

**TriNet USA, Inc.**
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Employee Name | Payment Date | Payroll | Employee Address |
|---|---|---|---|
| Brian Umholtz | 30-Oct-2025 | Biweekly | 575 Yates Ford Rd |
| **Person Number** | **Pay Period Start Date** | **Pay Period End Date** | Etters, PA 17319 |
| 00001368245 | 12-Oct-2025 | 25-Oct-2025 | US |
| **Hire Date** | **Base Hourly/Salary** | **Job Title** | |
| 7-Jan-2013 | 35.88 | Lead Workstation Specialist | |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | $2,926.89 | $70,409.30 |
| Non-cash Compensation | $38.15 | $763.00 |
| Pretax Deductions | $300.25 | $6,005.00 |
| Employee Tax Deductions | $533.70 | $12,067.24 |
| Voluntary Deductions | $317.11 | $7,372.44 |
| Net Payment | $1,737.68 | $44,201.62 |

| Description | Current | Year to Date | Description | Current | Year to Date |
|---|---|---|---|---|---|
| **Earnings** | | | **Hours** | | |
| Appreciation Hub Gross Up | $0.00 | $611.91 | Holiday Hours Worked | 0.00 | 56.00 |
| Discretionary Bonus 1H | $0.00 | $2,323.00 | Holiday Hours Worked Retro | 0.00 | 8.00 |
| Discretionary Bonus 2H | $0.00 | $1,797.00 | On Call Differential Hourly Hours Worked | 0.00 | 36.00 |
| Holiday | $0.00 | $1,963.87 | | | |
| Holiday Retro Active | $0.00 | $287.01 | On Call Differential Hourly Hours Worked Retro | 0.00 | 14.00 |
| II Life and AD and D | $31.68 | $633.60 | | | |
| II Long Term Disability | $6.47 | $129.40 | Overtime Premium Hours Worked | 0.28 | 14.37 |
| On Call Differential Hourly | $0.00 | $900.00 | | | |
| On Call Differential Hourly Retro Active | $0.00 | $350.00 | Paid Time Off Payment Hours | 8.00 | 160.00 |
| Overtime Premium | $5.00 | $261.16 | Paid Time Off Payment Retro Hours | 0.00 | 8.00 |
| Overtime Premium Retro Active | $0.00 | $2.63 | | | |
| Regular Hours Time Card | $2,586.72 | $50,621.16 | Regular Hours Time Card Hours Worked | 72.10 | 1,430.46 |
| Regular Hours Time Card Retro Active | $0.00 | $2,319.47 | Regular Hours Time Card Hours Worked Retro | 0.00 | 64.65 |
| Straight Overtime | $10.01 | $510.59 | | | |
| **Totals** | $2,639.88 | $62,710.80 | Sick Time Off Payment Hours | 0.00 | 48.00 |
| **Absences** | | | Straight Overtime Hours Worked | 0.28 | 14.37 |
| Paid Time Off Payment | $287.01 | $5,689.41 | **Totals** | 80.66 | 1,853.85 |
| Sick Time Off Payment | $0.00 | $1,722.08 | **Pretax Deductions** | | |
| TNAM Paid Time Off USA Entitlement Retroactive | $0.00 | $287.01 | Dental EE - RSP | $7.50 | $150.00 |
| | | | Medical EE - RSP | $292.00 | $5,840.00 |
| **Totals** | $287.01 | $7,698.50 | Vision EE - GCP | $0.75 | $15.00 |
| **Tax Deductions** | | | **Totals** | $300.25 | $6,005.00 |
| FIT Withheld | $236.09 | $6,650.04 | **Other Deductions** | | |
| Social Security Employee Withheld | $162.86 | $3,993.07 | EE Stock PP B | $0.00 | $3,083.39 |
| Medicare Employee Withheld | $38.08 | $933.86 | EE Stock PP C | $316.11 | $3,834.56 |
| SIT Withheld (PA) | $79.67 | $404.36 | Gross Up Adjustment | $0.00 | $430.49 |
| SUI Employee Withheld (PA) | $2.03 | $10.06 | Savings 401k Roth | $1.00 | $24.00 |
| City Withheld (PA,York,Fairview Township) | $12.97 | $65.85 | **Totals** | $317.11 | $7,372.44 |
| Head Tax Withheld (PA,York,Fairview Township) | $2.00 | $10.00 | | | |
| **Totals** | $533.70 | $12,067.24 | | | |
| **Employer Liabilities** | | | | | |
| Dental Contrib - RSP | $27.06 | $541.20 | | | |
| Life and ADD Contrib | $4.38 | $87.60 | | | |
| Long-Term Disability Contrib | $6.47 | $129.40 | | | |
| Medical Contrib - RSP | $985.68 | $19,713.60 | | | |
| Savings 401k Roth Employer Match | $1.00 | $24.00 | | | |
| Short-Term Disability Contrib | $13.45 | $269.00 | | | |
| Vision Contrib - GCP | $2.66 | $53.20 | | | |

Page: 1 of 2



## EARNINGS STATEMENT

**TriNet USA, Inc.**
1 Park Place
Suite 600
Dublin CA 94568-7983
5103525000

| Totals | | | $1,040.70 | $20,818.00 | | |
|---|---|---|---|---|---|---|
| **Hours and Earnings Summary** | | | | | | |
| Description | | Quantity | Type | Rate | Multiple | Amount |
| Overtime Premium Earnings Results | | 0.279 | Hours | 35.88 | 0.5 | $5.000 |
| Regular Hours Time Card Earnings Results | | 72.1 | Hours | 35.88 | 1 | $2,586.720 |
| Straight Overtime Earnings Results | | 0.279 | Hours | 35.88 | 1 | $10.010 |
| Paid Time Off Earnings Results | | 8 | Hours | 35.88 | 1 | $287.010 |
| **Accrual Hours** | | | | | | |
| Description | Start Balance This Period | Earned This Period | Taken This Period | Earned YTD | Taken YTD | End Balance |
| Civic Duty Time Off | 24 | 0 | 0 | 24 | 0 | 24 |
| Personal Floating Holiday | 8 | 0 | 0 | 8 | 0 | 8 |
| Paid Time Off | 169.73 | 8.35 | 8 | 330.07 | 160 | 170.07 |
| Sick/Family Care | 0 | 0 | 0 | 48 | 48 | 0 |
| **Net Pay Distribution** | | | | | | |
| Check/Deposit Number | Bank Name | | Branch Name | Account Number | Currency | Payment Amount |
| 2915773111 | XCEED FINANCIAL CREDIT UNION | | XCEED FINANCIAL CREDIT UNION-322275490 | XXXXXXXX8241 | USD | $1,737.68 |
| **Tax Withholding Information** | | | | | | |
| Type | Marital Status | | | Total Dependent Amount | | Extra Withholding |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | | | $500.00 | | $0.00 |
| **Tax Withholding Information** | | | | | | |
| Type | Marital Status | | | Exemptions | | Additional Amount |
| PA | | | | | | $0.00 |