Certificate Number: 06531-PAM-DE-040405271

Bankruptcy Case Number: 25-03327



06531-PAM-DE-040405271

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 11, 2025, at 6:00 o'clock PM CST, Brian D Umholtz completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 11, 2025             By:     /s/Connie Krosch

                                      Name:   Connie Krosch

                                      Title:  Certified Credit Counselor