Certificate Number: 06531-PAM-DE-040405266

Bankruptcy Case Number: 25-03327



06531-PAM-DE-040405266

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 11, 2025, at 6:00 o'clock PM CST, Jacqueline L Miller completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 11, 2025            By: /s/Connie Krosch

                                                             Name: Connie Krosch

                                                             Title: Certified Credit Counselor