UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| BRIAN D UMHOLTZ, | : | |
| JACQUELINE L MILLER, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | CASE NO. 1-25-BK-03327-HWV |
| Movant | : | |
| | : | |
| BRIAN D UMHOLTZ, | : | |
| JACQUELINE L MILLER, | | |
| Respondent | | |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 19th day of December 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.    Debtor(s)' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor has access to non-exempt equity in the following:

    a.    Residential real estate. Trustee requests proof of the value of the Debtor(s) home as stated in his/her schedules.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a.    Deny confirmation of Debtor(s)' Plan.
    b.    Dismiss or convert Debtor(s)' case.
    c.    Provide such other relief as is equitable and just.

Respectfully submitted:
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097
BY: /s/ Douglas R. Roeder
Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 19th day of December 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOHN M HYAMS ESQUIRE
1007 NORTH FRONT STREET, SUITE 3
HARRISBURG, PA 17102-

/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee