In re:  Case No. 25-03327-HWV
Brian D. Umholtz  Chapter 13
Jacqueline L. Miller
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 3
Date Rcvd: Dec 19, 2025    Form ID: ntcnfhrg    Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian D. Umholtz, Jacqueline L. Miller, 575 Yates Ford Rd., Etters, PA 17319-8947 |
| 5759876 | | AmTrust Financial, PO Box 6939, Cleveland, OH 44101-1939 |
| 5759874 | + | AmeriGas Propane, 460 N Gulph Rd # 100, King of Prussia, PA 19406-2815 |
| 5759877 | + | Blue Ridge Communications, PO Box 316, Palmerton, PA 18071-0316 |
| 5759878 | + | Dempsey Uniform & Linen Supply, 1200 Mid Valley Drive, Jessup, PA 18434-1823 |
| 5759879 | + | Ehrlich Pest Control, 4464 Lincoln Hwy Suite 5, York, PA 17406-8152 |
| 5759895 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5759885 | + | Performance Food Service MD, 1333 Avondale Rd, New Windsor, MD 21776-8901 |
| 5759887 | + | Starfield & Smith, P.C., Lyndsay E. Rowland, Esquire, 401 Plymouth Rd. Suite 120, Plymouth Meeting, PA 19462-1651 |
| 5759888 | + | TouchBistro, 1410 Broadway Suite 2701, New York, NY 10018-5010 |
| 5759889 | | Truist Bank, PO Box 580236, Charlotte, NC 28258-0236 |
| 5759891 | + | Univest Bank and Trust Co., 14 N. Main St., Souderton, PA 18964-1713 |
| 5763583 | + | c/o Lyndsay E. Rowland, Esquire, Starfield & Smith, PC, 401 Plymouth Road, Suite 120, Plymouth Meeting, PA 19462-1651 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 19 2025 18:38:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| cr | + | Email/Text: melissa.martin@kfcu.org | Dec 19 2025 18:38:44 | Kinecta Federal Credit Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 5759875 | | Email/PDF: bncnotices@becket-lee.com | Dec 19 2025 18:42:39 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5759893 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 19 2025 18:38:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5759880 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Dec 19 2025 18:38:00 | Fifth Third Bank, Attn: Bankruptcy Maildrop RCS83E, 1830 E Paris Ave SE, Grand Rapids, MI 49546-8803 |
| 5759881 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 19 2025 18:38:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 951 W Yamato Rd Ste 175, Boca Raton, FL 33431-4444 |
| 5759894 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 19 2025 18:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5759882 | | Email/Text: bankruptcydept@kinecta.org | Dec 19 2025 18:38:00 | Kinecta Federal Credit Union, Attn: Bankruptcy Dept, PO Box 10003, Manhattan Beach, CA 90267-7503 |
| 5759883 | + | Email/Text: account@kintcorp.com | Dec 19 2025 18:38:00 | Kint Corporation, PO Box 60490, Harrisburg, PA 17106-0490 |
| 5759897 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recip ID | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|
| | | Dec 19 2025 18:38:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5759884 | Email/PDF: ebnotices@pnmac.com | Dec 19 2025 18:53:08 | Pennymac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5759886 | ^ MEBN | Dec 19 2025 18:37:19 | Republic Services, 18500 N Allied Way, Phoenix, AZ 85054-3101 |
| 5759896 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Dec 19 2025 18:38:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5759890 | + Email/Text: bankruptcynotices@sba.gov | Dec 19 2025 18:38:00 | U.S. Small Business Administration, Treasury Collection Coordinator, 801 Tom Martin Dr., Ste. 120, Birmingham, AL 35211-6424 |
| 5759892 | Email/Text: smsauble@yorkcountypa.gov | Dec 19 2025 18:38:00 | York County Tax Claim Bureau, 28 East Market St., York, PA 17401-1577 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Univest Bank and Trust Co., 14 N. Main Street, Souderton, PA 18964-1713 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025  Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eliza Garifullina | on behalf of Creditor Fifth Third Bank National Association ANHSOrlans@InfoEx.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Matthew Hyams | on behalf of Debtor 2 Jacqueline L. Miller jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Brian D. Umholtz jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Lyndsay E Rowland | on behalf of Creditor Univest Bank and Trust Co. lrowland@starfieldsmith.com |

| | |
|---|---|
| | lyndsayerowland@yahoo.com;arosen@starfieldsmith.com |
| Mario J. Hanyon | on behalf of Creditor Kinecta Federal Credit Union wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Brian D. Umholtz,<br>**Debtor 1**<br><br>Jacqueline L. Miller,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:25−bk−03327−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 28, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: February 4, 2026<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 19, 2025 |

ntcnfhrg (08/21)