United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Brian D. Umholtz
Jacqueline L. Miller
Debtors

Case No. 25-03327-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | Page 1 of 3
Date Rcvd: Jun 22, 2026 | Form ID: pdf010 | Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian D. Umholtz, Jacqueline L. Miller, 575 Yates Ford Rd., Etters, PA 17319-8947 |
| 5759876 | | AmTrust Financial, PO Box 6939, Cleveland, OH 44101-1939 |
| 5759874 | + | AmeriGas Propane, 460 N Gulph Rd # 100, King of Prussia, PA 19406-2815 |
| 5759877 | + | Blue Ridge Communications, PO Box 316, Palmerton, PA 18071-0316 |
| 5759878 | + | Dempsey Uniform & Linen Supply, 1200 Mid Valley Drive, Jessup, PA 18434-1823 |
| 5759879 | + | Ehrlich Pest Control, 4464 Lincoln Hwy Suite 5, York, PA 17406-8152 |
| 5759895 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5759885 | + | Performance Food Service MD, 1333 Avondale Rd, New Windsor, MD 21776-8901 |
| 5759887 | + | Starfield & Smith, P.C., Lyndsay E. Rowland, Esquire, 401 Plymouth Rd. Suite 120, Plymouth Meeting, PA 19462-1651 |
| 5759888 | + | TouchBistro, 1410 Broadway Suite 2701, New York, NY 10018-5010 |
| 5759889 | | Truist Bank, PO Box 580236, Charlotte, NC 28258-0236 |
| 5759891 | + | Univest Bank and Trust Co., 14 N. Main St., Souderton, PA 18964-1713 |
| 5763583 | + | c/o Lyndsay E. Rowland, Esquire, Starfield & Smith, PC, 401 Plymouth Road, Suite 120, Plymouth Meeting, PA 19462-1651 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 22 2026 19:23:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-8022 |
| cr | + | Email/Text: melissa.martin@kfcu.org | Jun 22 2026 19:23:00 | Kinecta Federal Credit Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 5770583 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2026 19:29:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5759875 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2026 19:29:44 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5759893 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 22 2026 19:23:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5759880 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 22 2026 19:23:00 | Fifth Third Bank, Attn: Bankruptcy Maildrop RCS83E, 1830 E Paris Ave SE, Grand Rapids, MI 49546-8803 |
| 5770422 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 22 2026 19:23:00 | Fifth Third Bank, National Association, c/o Fifth Third, 5001 Kingsley Drive, 1MOBBW, Cincinnati Ohio 45227-1114 |
| 5774660 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 22 2026 19:23:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Pkwy., Bldg. 4, Fishers, IN 46037-8022 |
| 5759881 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 22 2026 19:23:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 951 W Yamato Rd Ste 175, Boca Raton, FL 33431-4444 |

| | | | | |
|---|---|---|---|---|
| 5759894 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 22 2026 19:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5774157 | + | Email/Text: melissa.martin@kfcu.org | Jun 22 2026 19:23:00 | Kinecta Federal Credit Union, Attn: Bankruptcy Dept, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047-8945 |
| 5759882 | | Email/Text: bankruptcydept@kinecta.org | Jun 22 2026 19:23:00 | Kinecta Federal Credit Union, Attn: Bankruptcy Dept, PO Box 10003, Manhattan Beach, CA 90267-7503 |
| 5759883 | + | Email/Text: account@kintcorp.com | Jun 22 2026 19:23:00 | Kint Corporation, PO Box 60490, Harrisburg, PA 17106-0490 |
| 5776522 | + | Email/Text: camanagement@mtb.com | Jun 22 2026 19:23:00 | M&T BANK, PO BOX 1508, Buffalo, NY 14240-1508 |
| 5759897 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2026 19:23:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5769824 | + | Email/PDF: ebnotices@pnmac.com | Jun 22 2026 19:29:32 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5759884 | | Email/PDF: ebnotices@pnmac.com | Jun 22 2026 19:29:32 | Pennymac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5759886 | ^ | MEBN | Jun 22 2026 19:17:26 | Republic Services, 18500 N Allied Way, Phoenix, AZ 85054-3101 |
| 5770466 | + | Email/Text: bankruptcy@bbandt.com | Jun 22 2026 19:23:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 5759896 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Jun 22 2026 19:23:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5759890 | + | Email/Text: bankruptcynotices@sba.gov | Jun 22 2026 19:23:00 | U.S. Small Business Administration, Treasury Collection Coordinator, 801 Tom Martin Dr., Ste. 120, Birmingham, AL 35211-6424 |
| 5759892 | | Email/Text: smsauble@yorkcountypa.gov | Jun 22 2026 19:23:00 | York County Tax Claim Bureau, 28 East Market St., York, PA 17401-1577 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Univest Bank and Trust Co., 14 N. Main Street, Souderton, PA 18964-1713 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eliza Garifullina | on behalf of Creditor Fifth Third Bank National Association ANHSOrlans@InfoEx.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Brian D. Umholtz jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Jacqueline L. Miller jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Lyndsay E Rowland | on behalf of Creditor Univest Bank and Trust Co. lrowland@starfieldsmith.com lyndsayerowland@yahoo.com;arosen@starfieldsmith.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Kinecta Federal Credit Union wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| Brian D. Umholtz | : | |
| Jacqueline L. Miller | : | CASE NO: 1:25-bk-03327-HWV |
| Debtors | : | |

**ORDER**

Upon consideration of the Motion to Dismiss filed by Brian D. Umholtz and Jacqueline L. Miller, Doc. 44, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is dismissed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 22, 2026